UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
STEPHEN CARRIER.,                       :
an individual,                          :   CASE NO.: 16-cv-6648 C(2)
                                        :
        Plaintiff,                      :
                                        :   Judge: Kurt D. Engelhardt
                                        :
                                        :
                                        :   Magistrate: Joseph C. Wilkinson, Jr.
3841 Veterans Boulevard Partnership,    :
                                        :
        Defendant.                      :
-------------------------------------------------------x
```

## **ORDER**

Considering Plaintiff's motion and that all requirements for Federal Rule of Civil Procedure 15(a)(1)(A) have been complied with, it is hereby ORDERED that Plaintiff Stephen Carrier is granted leave to file his Amended Complaint.

SO ORDERED, this  6th  of _____June_____, 2016, New Orleans, Louisiana.

_____
JUDGE