# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN CARRIER | Case No. 2:16-cv-06648-KDE-JCW |
| v. | |
| WEBER PROPERTY GROUP, LLC | |

## ORDER

THIS CASE comes before the Court on the parties' Joint Motion to Approve Consent Decree And Enter Order Dismissing Action.

Upon due consideration of the Consent Decree between the parties, the Court having been fully advised in the premises, and pursuant to Fed. R. Civ. P. 41(a) it is hereby:

ORDERED that the Court APPROVES the Consent Decree attached to the parties' Joint Motion to Approve Consent Decree And Enter Order Dismissing Action. It is further ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE, providing retention of jurisdiction by the Court to enforce, as necessary, the terms of the Consent Decree. It is further ordered that, pursuant to the terms of the Consent Decree, the amount of attorneys' fees/costs to be paid by Defendant shall be decided upon a motion by the plaintiff. Plaintiff shall file a Motion for an Award of Attorneys' Fees/Costs within forty-five (45) days of the entry of this ORDER.

The Court will hear oral argument on the motion for fees.

**SO ORDERED,**

New Orleans, Louisiana, this 18th day of __January__, 2017.

_____
JUDGE