UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| STEPHEN CARRIER | CIVIL ACTION |
|---|---|
| VERSUS | NO. 16-6648 |
| WEBER PROPERTY GROUP, L.L.C. | SECTION "N" (2) |

# **O R D E R**

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's June 14, 2017 Report and Recommendation, hereby adopts the Report and Recommendation (Rec. Doc. 34) as its opinion in this matter. Although the Court considers the proposed award generous – particularly given the absence of any amicable demand for amelioration of the architectural barrier to entry being made upon Defendant Weber Property Group, L.L.C. – the Court finds no manifest error in the Magistrate Judge's Report and Recommendation and, as stated, no objection to the Magistrate Judge's propose disposition was filed. Accordingly, **IT IS ORDERED** that "Plaintiff's Motion for Award of Attorneys' Fees/Costs"

(Rec. Doc. 24) is **GRANTED IN PART** and **DENIED IN PART** such that Defendant Weber Property Group, L.L.C. shall pay $4,981.25 in attorney's fees and costs to Plaintiff Stephen Carrier.[1]

New Orleans, Louisiana, this 21st day of September 2017.

       **KURT D. ENGELHARDT**
       **United States District Judge**

**Clerk to Copy:**

Magistrate Judge Joseph C. Wilkinson, Jr.

---

[1] Although the Court has adopted the Magistrate Judge's Report and Recommendation for an award of attorney's fees and costs, Plaintiff Stephen Carrier and his counsel, Andrew D. Bizer, are advised that, with any future such requests, the undersigned will take into consideration whether reasonable efforts were made to notify the defendant of the alleged barrier, and to achieve an amicable and expedient resolution of the problem, without the necessity of, and prior to, a lawsuit being filed.