UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEPHEN CARRIER                                                CIVIL ACTION

VERSUS                                                         NO. 16-6648

WEBER PROPERTY GROUP, L.L.C.                                   SECTION "N" (2)

## JUDGMENT

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of plaintiff, Stephen Carrier, and against defendant, Weber Property Group, L.L.C., in the amount of $4,981.25 in reasonable attorney's fees and costs.

New Orleans, Louisiana, this __21st__ day of __September__, 2017.

_____
UNITED STATES DISTRICT JUDGE